

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00882-CV

**VILLEJO ENTERPRISES, LLC** D/B/A Good Guys Auto Group ("Good Guys"),
Appellant

v.

**C.R. COX, INC.** D/B/A AAMCO and Carl Cox,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV01289
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED IN PART AND REVERSED IN PART. The judgment is REVERSED to the extent that it grants summary judgment on Good Guys' claims under chapter 70 of the Texas Property Code and the Texas Deceptive Trade Practices Act's unconscionability provision. The judgment is AFFIRMED to the extent that it grants summary judgment on Good Guys' claims for fraud, conversion, and the Texas Deceptive Trade Practices Act laundry list provisions. We AFFIRM the remainder of the trial court's judgment. The case is REMANDED to the trial court for further proceedings consistent with this court's opinion.

It is ORDERED that each party shall bear their own costs of this appeal.

SIGNED January 20, 2021.

_____
Rebeca C. Martinez, Chief Justice